JAMES H. THEBEAU, CA Bar No. 128845
Deputy County Counsel
RUTH E. STRINGER, CA Bar No. 103563
County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-4402
Fax:       (909) 387-4069
jthebeau@cc.sbcounty.gov

Attorneys for Defendants, County of San Bernardino,
San Bernardino Sheriff's Department,
Sergeant Steve Spear, and Sheriff Gary Penrod

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO SHERIFF'S DEPARTMENT, SGT. STEVE SPEAR, AND SHERIFF GARY PENROD, DOES 2-10<br><br>        Defendants. | CASE NO. ED CV 08-01262 SVW (SSx)<br><br>[~~PROPOSED~~] **FINAL JUDGMENT IN FAVOR OF DEFENDANTS** |

On November 16, 2009, the COURT entered and served Findings of Fact and Conclusions of Law in the above captioned matter and thereupon ordered that DEFENDANTS are not liable to PLAINTIFF.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that

DEFENDANTS are not liable to PLAINTIFF and that final judgment hereby be entered on the entire action in favor of defendants COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SGT. STEVE SPEAR AND SHERIFF GARY PENROD.

Dated: 12/3/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE